

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
**FILED**

**SEPTEMBER 4, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RECEIVED

AUG 2 6 2008
AUG 26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JOHN E. TAYLOR, JR.

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

08CV4871
JUDGE ST. EVE
MAGISTRATE JUDGE MASON

vs.

DR. EILEEN COUTURE

DR. ANN MARIE DUNLAP

CERMAK HEALTH SERVICES

JOHN DOES 1-20

_____

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**CHECK ONE ONLY:**

___X___     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.    Plaintiff(s):**

A.    Name: __John E. Taylor, Jr.__

B.    List all aliases: __N/A__

C.    Prisoner identification number: __R66376__

D.    Place of present confinement: __Menard Corr., cntr., Menard, Il.62259__

E.    Address: __P.O. Box 711__

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.    Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: __Dr. Eileen Couture__

Title: __Director of Cermak Health Services__

Place of Employment: __Cook County Jail/Cermak Health Services__

B.    Defendant: __Dr. Ann Marie Dunlap__

Title: __Division 10 Physican__

Place of Employment: __Cook County Jail/Health Services__

C.    Defendant: __Cook County Jail/Health Services__

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

**III.**    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.    Name of case and docket number:  **John E. Taylor, Jr. v. Dr. Raba, Dr. Rodriguez, and Ms. Johnson No. 07 C 0544**

B.    Approximate date of filing lawsuit: **01/29/07**

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: **John E. Taylor, Jr.**

D.    List all defendants: **Dr. Rodriquez, Dr. Raba, and Ms. Johnson**

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): **United States Dist. Court, Northern Illinois**

F.    Name of judge to whom case was assigned: **Judge Amy St. Eve**

G.    Basic claim made: **Constitutional violation of denial of medical attention from Stroger's Pain Clinic**

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): **Case settled, but awaiting the settlement check**

I.    Approximate date of disposition: **Settlement agreement happen in May 06, 2008, but as of August 12th 2008 have not received settlement check.**

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE.  CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

**III.** List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A.     Name of case and docket number: <u>John E. Taylor Jr. v. Officer Castillo</u> <u>and Damen Toy No. 06 CV 2208</u>

B.     Approximate date of filing lawsuit: <u>Amended Complainted, filed 06-26-06</u> <u>April 20th 2006.</u>

C.     List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

_____

_____

D.     List all defendants: <u>Officer Castillo and Damen Toy</u>

_____

_____

E.     Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): <u>United States Dist., Ct. Northern Illinois</u>

F.     Name of judge to whom case was assigned: <u>Honorable Amy J. St. Eve</u>

G.     Basic claim made: <u>Violation of 42 U.S.C. 1983 of assault and</u> <u>battery and intentional infliction of emotion stress.</u>

H.     Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): <u>Settled out of court.</u>

I.     Approximate date of disposition: <u>May 2007</u>

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

The plaintiff is alleging that his first, eighth, and four-teenth amendmends of the United states Constitution were violated.

1.    Each time the plaintiff went to court, or to Stroger's Hospital Clinic, the morning and afternoon medication was denied. The plaintiff was informed by the nurse who distributed medication in Division 5 for all inmates who went to court on March 12th 2007 that "as of April 1st 2007 she would no longer be distributing medication".  Also, she stated that "it was wrong for you all to do without your medication, and to contact your lawers about the matter."

The plaintiff raised his complaint with nurse Tate, nurse Maxie , and nurse Ernie , all of who were nurses who distributed medication in Division 10, where plaintiff was housed.  All of the named nurses told plaintiff they "could not do anything about getting plaintiff's medication to him prior to court."  Nurse Tate told plaintiff it was illegal for plaintiff to be denied medication, but could do nothing about it.

During plaintiff's criminal trial, which lasted from August

4

1st., 3rd., 6th., 7th., of 2007, the plaintiff had to go all
day without his medication, with an exception of August 3rd.
Plaintiff expressed his pain and discomfort during trial due
to not having his medication to nurse Wiley . Also, showed
nurse Wiley that court order from Judge Lacy to get plain-
tiff's medication to him. The plaintiff told nurse Wiley
that Dr. Couture, nor Dr. Dunlap would adhere to the court
order. Nurse Wiley gave the plaintiff his medication on the
2nd of August but could not give medication for any other
day. The plaintiff's criminal lawyer called Cermak Health
Services requesting that the plaintiff receives his medi-
cation, because he was in trial but to no avail.

The plaintiff's criminal Judge (Judge Lacy ) stated that he
"wanted the defendant to have his medicine, and for the jail
to do whatever is necessary to get his medication to him",
but to no avail. The plaintiff had to go to court without
pain medication for nerve damage approximately 11 or 12 times,
not including the time the plaintiff went to Stroger's Hos-
pital Clinic.

The plaintiff saw Dr. Eileen Couture, the Medical Director
on 9/10/07, and shared with her how much pain experienced
going without medication at court or Stroger's Hospital Clinic.
Her response, "I'm not going to run over the institution
trying to medicate those of you that goes to court."

5

Revised 9/2007

The enclosed grievances will show that the plaintiff had
made numerous efforts to get his medication whenever he went
to court, but to no avail.  In fact, one of the grievances re-
sponse from the appeal board stated "C.H.S. states patient
receiving medication as prescribed", but the plaintiff wasn't
receiving his medication as prescribed by the Doctor.  There-
fore, plaintiff' eighth and fourteenth amendments were vio-
lated.

2.  The plaintiff's first amendment right to petition was vio-
lated when Dr. Dunlap took retaliatory actions by arbitrarily
decreasing his pain medication dosage after she discovered that
plaintiff had filed a complaint against other employees of
Cermak Health Services.  Dr. Dunlap canceled all of the
plaintiff's specialist who were managing his pain, and would
not provide any treatment for plaintiff's pain that specialists
were capable  of providing after she discovered a Civil Suit
had been filed.  Dr. Dunlap told plaintiff that "her actions
would stand up in court, and that the county had already
spent $20,000 or $30,000 on him, and could not continue to
spend money on his care".

After Dr. Dunlap reduced plaintiff's medication without
assessing his pain, the pain of reduced medication increased,
and Dr. Dunlap refused to do anything about it.

Dr. Couture was made aware of the problem between Dr. Dunlap
and the plaintiff by way of grievances, and verbally by the
plaintiff, but nothing was done about it.  Dr. Couture and Dr.

5A

Dunlap's actions were deliberate as well as negligent as it relates to having the plaintiff in pain whenever he went to court without his medication.

The plaintiff was the key witness in his defense for his trial, and his testimony was one of the major determining factors of the result of his trial. The plaintiff was in so much pain due to the denial of medication that he was unable to help his lawyer prepare his defense.

**V.**      **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

    `The plaintiff is expecting to be compensated by whatever`

    `the legal statue is for such a constitutional violation.`

 

**VI.**    The plaintiff demands that the case be tried by a jury.    [X] YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _12th_ day of _August_, 20 _04_

_John E Taylor_
(Signature of plaintiff or plaintiffs)

_John E Taylor, Jr_
(Print name)

_R66376_
(I.D. Number)

_Menard Correctional Center_
_P. O. Box 711_
_Menard, IL 62259-0711_
(Address)

6

Revised 9/2007

**ORDER**                                                    **CCG N002-300M-2/28/05(43480658)**

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

People

v.                                          No. 03CR 26182

John Taylor

### ORDER

Cermak Hospital shall provide all prescribed medications (including Neurton, Robaxin, Edavil (sp)) to John Taylor inmate # 2003-0082505 during the course of his jury trial. Such medications were prescribed by Dr Dunlop, and shall be available to the inmate ~~ENTERED~~ timely fashion.

Atty. No.: 30295

Name: ANN COLLINS

Atty. for: D

Address: 2650 S. California

City/State/Zip: Chicago IL

Telephone: 773-889-6305

**ENTERED:**

Dated: _____ 8/1 , 2007

_____ 1598
Judge                    Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Part-a / Control #: *2007* X *1082*

Referred To: *CERMAK*

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# **DETAINEE GRIEVANCE**

Detainee Last Name: Taylor     First Name: John

ID # 2003-0082505 Div.: 10 Living Unit: 2B Date: 05 / 28 / 07

BRIEF SUMMARY OF THE COMPLAINT: Since there isn't a Nurse available to give medication when I go to court or Stroger's Hospital Clinics, how can I get my medication. Or what do I need to do in order to receive my medication.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

My medication given to me either before

ACTION THAT YOU ARE REQUESTING:

the day of court, or before a hospital Appt.

**DETAINEE SIGNATURE:** John E Taylor

C.R.W.'S SIGNATURE: J. A. Martinez     DATE C.R.W. RECEIVED: 5 / 30 / 07

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIV

## C.C.D.O.C. DETAINEE GRIEVANCE REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF A DETAINEE*

Detainee's Last Name: _Taylor_   First Name: _John_   ID#: _2003-0052525_

Is This Grievance An **Emergency?**   YES ☐   NO ☒

C.R.W.'S Summary Of The Complaint: _Detainee alleges he is not receiving his medication as prescribed._

C.R.W. Referred Griev. To: _CERMAK_   Date Referred: _5/30/07_

Response Statement: _Referred to Patient Care Services_

_C. Smith_   _C. Smith_   Date: _5/31/07_   Div./Dept. _CHS_
**(print - name of individual responding to this griev.)**   (signature of individual responding to this griev.)

_CHIEF D. MORECI_   _____   Date: _06/03/07_   Div./Dept. _10_
**(print - name of Supt./ Designee / Dept. Admin.)**   (signature of Supt./ Designee / Dept. Admin.)

_Wilkon_   _____   Date: _6/1/07_
**(print - name of Prog. Serv. Admin./ Asst. Admin.)**   (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: _06/05/07_   Detainee Signature: _John E. Taylor_

### REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: _06/05/07_

Detainee's Basis For An Appeal: _The matter of receiving my medication when I go to court, or to Stroger's Clinics in the morning is not resolved in my initial step of the grievance._

Appeal Board's Acceptance Of Detainee's Request:   YES ☐   NO ☒

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator: _CHS states patient receiving medication as prescribed._

Appeal Board's Signatures / Dates: _____  7-10-7   _____ 7/10/07   _____

Date Detainee Rec.'d the Appl. Bd.'s Response: _07/11/07_   Detainee Signature: _John E. Taylor_

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY - DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

To: Director of
Cermak Health

Part A / Control # 2007 X 1500

Referred to CERMAK

# COOK COUNTY DEPARTMENT OF CORRECTIONS

To: Director of Cermak
Health Services

Part-A / Control # 2007X 1520

Referred To: CERMAK

**COOK COUNTY DEPARTMENT OF CORRECTIONS**

CITY

Part-A / Control #: _____ X  1534

Referred To. *CERMAK*

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Taylor      First Name: John

ID #2003. -0082505   Div.: 10   Living Unit: 2B   Date: 07 / 26 / 07

BRIEF SUMMARY OF THE COMPLAINT: I Am sheduled to start a
Jury Trial on July 31st, but will not be able
to receive my pain medication for the morning,
and afternon dosage, because there is no
Nurse in Division to give medicine to those
of us that gues to Court.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
Nurse Marie, along with other Nurses in Div. 10, And the
Medical Director.

ACTION THAT YOU ARE REQUESTING:
I am asking that provisions be made to receive
my medication when I go to court.

**DETAINEE SIGNATURE:** John E Taylor

C.R.W.'S SIGNATURE: _____    DATE C.R.W. RECEIVED: 7, 30, 07

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY  DETAINEE)   (GOLDENROD COPY - DIVISION/SUPT. OFFICE)

Part-A / Control #: _2007X 2018_

Referred To: _CERMAK_

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: **Taylor**    First Name: **John**

ID #: **2003** - **5082505**  Div.: **10**  Living Unit: **2B**  Date: **09/21/07**

BRIEF SUMMARY OF THE COMPLAINT: On Sept 15th I did not receive my medication, even though Nurse Maxie came to the Deck to distribute medication. I am housed on the high side, and the low side was out. It's been the pratice of some nurses to bring the detainee's medicine to the cell when his side is locked in, or leave it with the Officer to distribute it to the detainee. On Sunday I ask Nurse Maxie, why didn't I get my medication, her response was "The Officer would allow me to leave it with him". I asked Officer Galvez, what was the problem, because other Nurses has left my medication with you. His response "negative, she didn't ask me could she leave your medicine with me." I asked Nurse Maxie can my medicine be given to me by blister pack? She said "no." She could not give me any solution how to avoid me not getting my medication when I am locked in.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
Officer Galvez; I am requesting that my medication be given by

ACTION THAT YOU ARE REQUESTING:
blister pack to avoid me missing my medicine when I am locked in, or up county or up Cermak.

DETAINEE SIGNATURE: _John E O'Taylor_

C.R.W.'S SIGNATURE: _V. a. Mc__    DATE C.R.W. RECEIVED: _9/28/07_

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)